## 38324. DEPARTMENT OF TRANSPORTATION v. THEO et al.

SMITH, Justice.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur.*

DECIDED SEPTEMBER 7, 1982.

*Jay D. Bennett, G. Conley Ingram, Michael J. Bowers, Attorney General, Robert S. Stubbs II, Executive Assistant Attorney General,* for appellant.

*George P. Dillard, J. Corbett Peek,* for appellees.